```
 1  REBECCA EISEN, State Bar No. 096129
    ERIC MECKLEY, State Bar No. 168181
 2  SHANNON B. NAKABAYASHI, State Bar No. 215459
    STEVEN GARRETT, State Bar No. 220021
 3  MORGAN, LEWIS & BOCKIUS, LLP
    One Market, Spear Street Tower
 4  San Francisco, CA  94105-1126
 5  Tel:  415.442.1000
    Fax: 415.442.1001
 6  reisen@morganlewis.com
 7  emeckley@morganlewis.com
    snakabayashi@morganlewis.com
 8  steven.garrett@morganlewis.com

 9  CLIFFORD A. SETHNESS, State Bar No. 212975
    MORGAN, LEWIS & BOCKIUS LLP
10  300 South Grand Avenue
11  Twenty-Second Floor
    Los Angeles, CA  90071-3132
12  Tel: 213.612.2500
    Fax: 213.612.2501
13  csethness@morganlewis.com

14  Attorneys for Defendant
15  COLDWATER CREEK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07-05324 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1    The undersigned party hereby declines to consent to the assignment of this case to a
2  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
3  this case to a United States District Judge.

Dated: October 19, 2007                           MORGAN, LEWIS & BOCKIUS LLP

                                                  By  *[signature]*
                                                  Eric Meckley
                                                  Attorneys for Defendant
                                                  COLDWATER CREEK, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7619239.1                     2                   CASE NO. C 07-05324 WDB
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On October 23, 2007, I served the within document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Roger Carter, Esq.
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Jose Garay, Esq.
**JOSE GARAY, APLC**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Scott B. Cooper, Esq.
**THE COOPER LAW FIRM, P.C.**
2030 Main Street, Suite 1300
Irvine, Ca 92614

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 23, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Mary Gonzalez