REBECCA D. EISEN, State Bar No. 096129
ERIC MECKLEY, State Bar No. 168181
SHANNON B. NAKABAYASHI, State Bar No. 215469
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

CLIFFORD A. SETHNESS, State Bar No. 212975
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendant
COLDWATER CREEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07-5324 WDB<br><br>**CERTIFICATE OF FILING AND SERVICE OF NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL DISTRICT COURT**<br><br>Date of Filing: September 6, 2007 |

PLEASE TAKE NOTICE THAT on October 22, 2007, Defendant Coldwater

Creek, Inc. ("Defendant") filed with the Superior Court and served on counsel for Plaintiff a

Notice to Plaintiff and to the Superior Court of Removal of Action to the United States District

Court Northern District of California.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7619419.1

Case No. C 07-5324 WDB

CERTIFICATE OF FILING AND SERVICE NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION

1    A true and correct copy of the file endorsed Notice to the Plaintiff and to the Superior

2    Court of Removal of Action (without the attached exhibits), along with the Proof of Service for

3    same, is attached to this Certification as Exhibit A.

4

5    Dated: October 23, 2007                              MORGAN, LEWIS & BOCKIUS LLP

6

7                                              By _____

8                                                 Eric Meckley
                                                  Attorneys for Defendant
9                                                 COLDWATER CREEK, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7619419.1                          2                    Case No. C 07-5324 WDB

CERTIFICATE OF FILING AND SERVICE NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF
REMOVAL OF ACTION

# EXHIBIT A


*6039562*

1  REBECCA D. EISEN, State Bar No. 096129
2  ERIC MECKLEY, State Bar No. 168181
   SHANNON B. NAKABAYASHI, State Bar No. 215469
3  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
4  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
5  Tel: 415.442.1000
   Fax: 415.442.1001
6

   **F I L E D**
   ALAMEDA COUNTY

   OCT 2 2 2007

7  CLIFFORD A. SETHNESS, State Bar No. 212975   By _____
   MORGAN, LEWIS & BOCKIUS LLP
8  300 South Grand Avenue
   Twenty-Second Floor
9  Los Angeles, CA 90071-3132
   Tel: 213.612.2500
10 Fax: 213.612.2501
11
   Attorneys for Defendant
12 COLDWATER CREEK, INC.

13            SUPERIOR COURT OF THE STATE OF CALIFORNIA
14                       COUNTY OF ALAMEDA
15

16 BRITTANY KEENE, individually and on     Case No. RG07344777
17 behalf of all others similarly situated,
                                           **NOTICE TO PLAINTIFF AND TO THE**
18            Plaintiff,                    **SUPERIOR COURT OF REMOVAL OF**
                                           **ACTION TO FEDERAL DISTRICT**
19     vs.                                 **COURT**
20 COLDWATER CREEK, INC., a Delaware       Date of Filing: September 6, 2007
21 corporation, and DOES 1 through 100,
   inclusive,
22
              Defendants.
23

24       TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND PLAINTIFF AND

25 HER COUNSEL OF RECORD:

26       PLEASE TAKE NOTICE THAT on October 18, 2007, Defendant Coldwater Creek, Inc.

27 ("Defendant") filed a Notice of Removal of the above-captioned action to the United States

28 District Court for the Northern District of California.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7619388.1                                            Case No. RG07344777

NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION

1    A true and correct copy of the file-endorsed Notice of Removal of Action, along with all

2    exhibits and attachments, is attached to this notice as Exhibit A and is filed and served herewith.

3    PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. Section 1446, the filing

4    of the Notice of Removal of Action in the United States District Court for the Northern District of

5    California, together with the filing of a copy of the Notice herein, effects the removal of this

6    action, and the above-entitled Court lacks jurisdiction to proceed further with this case unless this

7    case is remanded.

8

9    Dated: October 19, 2007                    MORGAN, LEWIS & BOCKIUS LLP

10

11                                             By _____

12                                             Eric Meckley
                                               Attorneys for Defendant
13                                             COLDWATER CREEK, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-SF/7619388.1                              2                      Case No. RG07344777

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On October 19, 2007, I served the within document(s):

**NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL DISTRICT COURT**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal Express</u> agent for delivery.

☐    by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐    by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Roger Carter, Esq.
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Jose Garay, Esq.
**JOSE GARAY, APLC**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Scott B. Cooper, Esq.
**THE COOPER LAW FIRM, P.C.**
2030 Main Street, Suite 1300
Irvine, Ca 92614

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     Executed on **October 19, 2007**, at San Francisco, California.

     I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_Mary Gonzalez_
Mary Gonzalez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7619388.1

Case No. RG07344777

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On October 23, 2007, I served the within document(s):

**CERTIFICATE OF FILING AND SERVICE OF NOTICE TO PLAINTIFF
AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION TO
FEDERAL DISTRICT COURT**

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐   by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐   by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Roger Carter, Esq.
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Jose Garay, Esq.
**JOSE GARAY, APLC**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Scott B. Cooper, Esq.
**THE COOPER LAW FIRM, P.C.**
2030 Main Street, Suite 1300
Irvine, Ca 92614

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 23, 2007**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_Mary Gonzalez_
Mary Gonzalez

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7619419.1

Case No. C 07-5324 WDB

PROOF OF SERVICE