1  REBECCA EISEN, State Bar No. 096129
2  ERIC MECKLEY, State Bar No. 168181
   SHANNON B. NAKABAYASHI, State Bar No. 215459
3  STEVEN GARRETT, State Bar No. 220021
   MORGAN, LEWIS & BOCKIUS, LLP
4  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
5  Tel:  415.442.1000
   Fax:  415.442.1001
6  reisen@morganlewis.com
7  emeckley@morganlewis.com
   snakabayashi@morganlewis.com
8  steven.garrett@morganlewis.com

9  CLIFFORD A. SETHNESS, State Bar No. 212975
   MORGAN, LEWIS & BOCKIUS LLP
10 300 South Grand Avenue
11 Twenty-Second Floor
   Los Angeles, CA  90071-3132
12 Tel:  213.612.2500
   Fax:  213.612.2501
13 csethness@morganlewis.com

14 Attorneys for Defendant
15 COLDWATER CREEK, INC.

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 BRITTANY KEENE, individually and on        Case No. C 07-05324 WDB
   behalf of others similarly situated,
20                                            **PROOF OF SERVICE**

21                    Plaintiffs,

22         vs.

23 COLDWATER CREEK, INC., a Delaware
24 Corporation, and DOES 1 through 100,
   inclusive,
25
                     Defendants.
26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7618721.1                    1                    CASE NO. C 07-05324 WDB

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On October 23, 2007, I served the within document(s):

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ECF REGISTRATION INFORMATION HANDOUT**

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal</u> Express agent for delivery.

☐   by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐   by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Roger Carter, Esq.
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Jose Garay, Esq.
**JOSE GARAY, APLC**
2030 Main Street, Suite 1300
Irvine, Ca 92614

Scott B. Cooper, Esq.
**THE COOPER LAW FIRM, P.C.**
2030 Main Street, Suite 1300
Irvine, Ca 92614

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 23, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*Mary Gonzalez*
Mary Gonzalez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7618721.1

2

CASE NO. C 07-05324 WDB