UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRITTANY KEENE,

      Plaintiff,

  v.

COLDWATER CREEK, INC.,

      Defendant.
_____/

No. C 07-5324 WDB

<u>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE</u>

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for January 28, 2008, at 4:00 p.m. is vacated.

Dated: October 23, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: SarahWeinstein
     Law Clerk/Deputy Clerk

Copies to:
    All parties
    WDB
    Stats

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd