Roger Carter (State Bar No. 140196)
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:    (949) 260-4737
Facsimile:    (949) 260-4754

Jose Garay (State Bar No. 200494)
**JOSE GARAY, *APLC***
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:    (949) 260-9193
Facsimile:    (949) 260-9194

Scott B. Cooper (State Bar No. 174520)
**THE COOPER LAW FIRM, P.C.**
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:    (949) 724-9200
Facsimile:    (949) 724-9255

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COLDWATER CREEK, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07-5324 WHA<br><br>**STIPULATION AND [Proposed] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

   WHEREFORE, Plaintiff Brittany Keene ("Plaintiff") and Defendant Coldwater Creek, Inc. ("Defendant") (together as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1

1. The Court has scheduled an Initial Case Management Conference for January 17, 2008, at 11:00 a.m.

2. Counsel for Plaintiff is unavailable on that date due to another court appearance in Southern California. That appearance involves the presence of numerous counsel and cannot be moved.

3. The next Thursday on which all counsel for both Parties will be available is February 7, 2008.

4. Due to the unavailability of Plaintiff's counsel on the originally scheduled Initial Case Management Conference date, Plaintiff hereby requests that the Court continue the Initial Case Management Conference to February 7, 2008, at 11:00 a.m. Defendant does not object to the continuance and is available on February 7, 2008.

Dated: January 2, 2008

**THE COOPER LAW FIRM, P.C.**

By: _____/S/_____
Scott B. Cooper
Attorneys for Plaintiff

Dated: January 2, 2008

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____/S/_____
Eric Meckley
Attorneys for Defendant Coldwater Creek, Inc.

### ORDER

Based on the foregoing stipulation, and for good cause appearing, the Court hereby orders that the Initial Case Management Conference, currently scheduled for January 17, 2008, is continued to February 7, 2008, at 11:00 a.m. in Courtroom 9.

Dated: _____, 2008

_____
The Honorable William Alsup
Judge, United States District Court

2

STIPULATION AND [Proposed] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
C 07-5324 WHA
1-SF/7649421.1