1  Roger Carter (State Bar No. 140196)
   **THE CARTER LAW FIRM**
2  2030 Main Street, Suite 1300
   Irvine, California 92614
3  Telephone:   (949) 260-4737
   Facsimile:    (949) 260-4754
4

5  Jose Garay (State Bar No. 200494)
   **JOSE GARAY, *APLC***
6  2030 Main Street, Suite 1300
   Irvine, California 92614
7  Telephone:   (949) 260-9193
   Facsimile:    (949) 260-9194
8

9  Scott B. Cooper (State Bar No. 174520)
   **THE COOPER LAW FIRM, P.C.**
10 2030 Main Street, Suite 1300
   Irvine, California 92614
11 Telephone:   (949) 724-9200
   Facsimile:    (949) 724-9255
12

13 Attorneys for Plaintiffs

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | BRITTANY KEENE, individually and on behalf of all others similarly situated, | CASE NO. C 07-5324 WHA |
17 |                                                                               | **STIPULATION AND [Proposed] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
18 | Plaintiffs, v.                                                                |  |
19 |                                                                               |  |
20 | COLDWATER CREEK, INC., a Delaware corporation, and DOES 1 through 100, inclusive, |  |
21 |                                                                               |  |
22 | Defendants.                                                                   |  |

23

24      WHEREFORE, Plaintiff Brittany Keene ("Plaintiff") and Defendant Coldwater Creek, Inc.
25 ("Defendant") (together as the "Parties"), by and through their respective counsel of record, hereby
26 stipulate and agree as follows:
27
                                                1
28

1.     The Court has scheduled an Initial Case Management Conference for January 17, 2008, at 11:00 a.m.

2.     Counsel for Plaintiff is unavailable on that date due to another court appearance in Southern California. That appearance involves the presence of numerous counsel and cannot be moved.

3.     The next Thursday on which all counsel for both Parties will be available is February 7, 2008.

4.     Due to the unavailability of Plaintiff's counsel on the originally scheduled Initial Case Management Conference date, Plaintiff hereby requests that the Court continue the Initial Case Management Conference to February 7, 2008, at 11:00 a.m. Defendant does not object to the continuance and is available on February 7, 2008.

Dated: January 2, 2008        **THE COOPER LAW FIRM, P.C.**

                              By: _____/S/_____
                                   Scott B. Cooper
                                   Attorneys for Plaintiff

Dated: January 2, 2008        **MORGAN, LEWIS & BOCKIUS LLP**

                              By: _____/S/_____
                                   Eric Meckley
                                   Attorneys for Defendant Coldwater Creek, Inc.

### ORDER

Based on the foregoing stipulation, and for good cause appearing, the Court hereby orders that the Initial Case Management Conference, currently scheduled for January 17, 2008, is continued to ~~February 7, 2008,~~ January 24, 2008 at 11:00 a.m. in Courtroom 9.

Dated: January 3, 2008

The Honorable William Alsup
Judge, United States District Court

IT IS SO ORDERED
Judge William Alsup

2

STIPULATION AND [Proposed] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
C 07-5324 WHA
1-SF/7649421.1