UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 24, 2008

Case No.  C 07-05324 WHA

Title: BRITTANY KEENE  v. COLDWATER CREEK

Plaintiff Attorneys: Scott Cooper

Defense Attorneys: Eric Meckley

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)  CMC - HELD

2)  

Complete Initial Disclosures (Rule 26): 1/31/08

Discovery Cutoff: 9/19/08

Designation of Experts: 9/19/08

Last Day to File Motion: 11/6/08

Continued to __ for Further Case Management Conference

Continued to  **1/12//09 at 2:00 pm**  for Pretrial Conference

Continued to  **2/2/09 at 7:30 am**  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.