United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Keene, | 07-05324 WHA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Coldwater Creek, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Fred D. Butler**
> Fred D. Butler, Mediator & Arbitrator
> 50 California Street, Suite 1500
> San Francisco, CA 94111
> 415-826-5629
> FDBi@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05324 WHA MED                     - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: February 7, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:    Alice M. Fiel

7

8  _____
   ADR Case Administrator
9  415-522-3148
   Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05324 WHA MED                - 2 -