IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRITTANY KEENE, individually and on behalf of others similarly situated,

    Plaintiffs,

  v.

COLDWATER CREEK, INC., a Delaware corporation, and DOES 1 through 100, inclusive,

    Defendants.

No. C 07-05324 WHA

**ORDER SETTING HEARING RE DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

The Court hereby **SETS** a hearing on defendant's motion for protective order on **THURSDAY, FEBRUARY 29, 2008, AT 2:30 P.M.,** as outlined in its letter of February 22, 2008. Plaintiff's response to the motion is due at **NOON ON FEBRUARY 27, 2008**.

**IT IS SO ORDERED.**

Dated: February 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE