IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLDWATER CREEK, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 07-05324 WHA<br><br>**RULING ON DISCOVERY DISPUTE AND REFERRAL OF FUTURE DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |

A discovery hearing was set for "Thursday, February 29, 2008." Unbeknownst to the Court, this was an error — Thursday being on the 28th and not the 29th. The matter was placed on the calendar for Thursday the 28th and Attorney Scott Cooper from plaintiffs' side attended. When the other side did not appear, the deputy clerk called defense counsel who said he had calendared the matter for the 29th and was unprepared to go forward. As a result, the hearing had to be cancelled. The Court apologizes for its error. The matter will be decided on the papers.

1. With respect to records and documents showing the company's generic practices with respect to the class of employees in question, the objection is overruled.

2. With respect to records and documents as to *individual* employees, the objection is sustained for the time being. Plaintiffs' counsel, however, may immediately submit to defense counsel the names of up to twelve other similarly situated employees (if he already

1  knows their names) and then records on those individuals may be obtained now. This balances
2  the need for individual employee information against the burden and privacy concerns. To the
3  extent that plaintiffs' counsel does not already know their names, he is entitled to learn them,
4  the specifics to be worked out with the magistrate judge. The Court finds that it will be helpful
5  on class certification to see the extent to which the alleged patterns exist uniformly in the
6  workplace.

7  3. The original Rule 30(b)(6) notice is quashed without prejudice to a new one in
8  compliance with the supplemental order.

9  4. All productions must be under a protective order and use must be limited to this
10 case. All of the foregoing rulings are without prejudice to timely objections made on other
11 grounds to specific overly burdensome requests. This order is meant to address the higher level
12 objections. Defendant is warned that if it resists a class certification motion on grounds that
13 could have been met via discovery and such discovery was requested and denied, then the Court
14 will take into account the refusal to provide legitimate discovery on the Rule 23 point of
15 contention raised by defendant. Please keep in mind that plaintiff is entitled to reasonable
16 discovery to demonstrate that the requirements of Rule 23 can be met.

17 Except as above, all further discovery disputes are now referred to a magistrate judge to
18 be selected. Counsel are responsible for making sure that all discovery motions are made and
19 ruled on in time to meet the deadlines.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE