# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>February 28, 2008</u>

Case No.  <u>C 07-05324 WHA</u>

Title: <u>KEENE</u> v. <u>COLDWATER CREEK</u>

Plaintiff Attorneys: Scott Cooper

Defense Attorneys: n/a

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Connie Kuhl</u>

**PROCEEDINGS**

1)   <u>Dft's Motion for Protective Order - NOT HELD</u>

2)   _____


Continued to __ for Further Case Management Conference

Continued to _ for Jury Trial

**ORDERED AFTER HEARING:**

Due to an error on the Courts scheduling order, defense counsel did not appear.  Court took the matter off calendar and will rule on the papers.