UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRITTANY KEENE, et al.

    Plaintiffs,

  v.

COLDWATER CREEK, INC., et al.

    Defendants.
_____/

No. C 07-05324 WHA (WDB)

CLERK'S NOTICE OF REFERENCE
FOR DISCOVERY PURPOSES

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for discovery matters. Please take note of the requirements of Magistrate Judge Brazil's Standing Order, a copy of which can be found on the Court's website at www.cand.uscourts.gov.

Dated: March 10, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
    Law Clerk/Deputy Clerk