REBECCA EISEN, State Bar No. 096129
ERIC MECKLEY, State Bar No. 168181
SHANNON B. NAKABAYASHI, State Bar No. 215459
STEVEN GARRETT, State Bar No. 220021
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
emeckley@morganlewis.com
snakabayashi@morganlewis.com
steven.garrett@morganlewis.com

Attorneys for Defendant
COLDWATER CREEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:07-CV-05324 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE** |

WHEREAS, the parties need to complete certain discovery prior to participating in mediation, including the deposition of Plaintiff and the deposition of Defendant's person(s) most knowledgeable and additional document-related and informal discovery.

WHEREAS, the parties reasonably believe they will need until approximately May 15, 2008 to complete pre-mediation discovery;

//

//

//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7684971.1              1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE ADR DEADLINE
3:07-CV-05324 WHA

THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST:

That the deadline to engage in an ADR process, which is currently set for April 30, 2008, be extended approximately 35 days to **June 4, 2008**.

Dated: April 1, 2008        THE COOPER LAW FIRM, P.C.

BY _____
Scott B. Cooper
Attorneys For Plaintiff
BRITTANY KEENE

Dated: April 1, 2008        MORGAN, LEWIS & BOCKIUS LLP

By _____
Eric Meckley
Shannon B. Nakabayashi
Attorneys for Defendant
COLDWATER CREEK, INC.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

Dated: _____        _____
                                U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7684971.1      2      STIPULATION AND [PROPOSED] ORDER
                           TO CONTINUE ADR DEADLINE
                           3:07-CV-05324 WHA

Apr 02 2008 6:17PM   THE COOPER LAW FIRM PC   949 724 9255   p.3