ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

May 8, 2008

**Scott Bradley Cooper**
The Cooper Law Firm, P.C.
2030 Main Street, Suite 1300
Irvine, CA 92614
949-724-9200

**Jose Garay**
Jose Garay, APLC
2030 Main Street
Suite 1300
Irvine, CA 92614
949-260-9193

**Roger Richard Carter**
The Carter Law Firm
2030 Main Street, 13th Floor
Irvine, CA 92614
949-260-4737

**Eric Meckley**
Morgan, Lewis & Bockius LLP
Spear Street Tower, One Market Street
San Francisco, CA 94105
415-442-1000

**Clifford Douglas Sethness**
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
213-612-2500

**Rebecca Dianne Eisen**
Morgan Lewis & Bockius, LLP
One Market Plaza , Spear Street Tower
San Francisco, CA 94105
415/442-1328

**Shannon B. Nakabayashi**
Morgan, Lewis & Bockius, LLP
One Market
Spear Tower
San Francisco, CA 94105
415-442-1190

**Steven John Garrett**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-4100

Re:    Keene v. Coldwater Creek, Inc.
       Case No. C 07-05324 WHA MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff, to discuss the Mediation.  We scheduled this call for **Friday, May 16, 2008 at 1:30 p.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise.  Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator