REBECCA EISEN, State Bar No. 096129
ERIC MECKLEY, State Bar No. 168181
SHANNON B. NAKABAYASHI, State Bar No. 215459
STEVEN GARRETT, State Bar No. 220021
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
reisen@morganlewis.com
emeckley@morganlewis.com
snakabayashi@morganlewis.com
steven.garrett@morganlewis.com

Attorneys for Defendant
COLDWATER CREEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:07-CV-05324 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION** |

WHEREAS the parties previously agreed to participate in mediation through the Northern District's ADR Program;

WHEREAS the parties have now agreed to private mediation with mediator Michael Dickstein, Esq.;

WHEREAS the parties have informed the Director of ADR Programs of their decision to participate in private mediation and upon his suggestion are entering into this Stipulation;

//

//

THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST AS FOLLOWS:

The parties will begin the mediation process on May 27, 2008, including at least one full day of mediation on June 5, 2008 at the offices of Morgan, Lewis & Bockius in San Francisco;

The parties further request that this case be removed from the Court's ADR Program.

Dated:  May 27, 2008              THE COOPER LAW FIRM, P.C.


BY ____/S/_____
Scott B. Cooper
Attorneys For Plaintiff
BRITTANY KEENE

Dated: May 27, 2008              MORGAN, LEWIS & BOCKIUS LLP


By _____/S/_____
Eric Meckley
Shannon B. Nakabayashi
Attorneys for Defendant
COLDWATER CREEK, INC.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:


Dated: _____              _____
                                       U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
1-SF/7706476.1

STIPULATION AND [PROPOSED] ORDER
REGARDING MEDIATION
3:07-CV-05324 WHA