REBECCA EISEN, State Bar No. 096129
ERIC MECKLEY, State Bar No. 168181
SHANNON B. NAKABAYASHI, State Bar No. 215459
STEVEN GARRETT, State Bar No. 220021
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
reisen@morganlewis.com
emeckley@morganlewis.com
snakabayashi@morganlewis.com
steven.garrett@morganlewis.com

Attorneys for Defendant
COLDWATER CREEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COLDWATER CREEK, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-CV-05324 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND CONTINUATION OF DEADLINES** |

WHEREAS the parties attended mediation with respected mediator Michael Dickstein, Esq. on June 5, 2008 in San Francisco, California;

WHEREAS as a result of that mediation and the parties' good faith, arms-length negotiations, the parties have reached an agreement to settle this case, as reflected in a written Memorandum of Understanding dated June 5, 2008 and executed at the conclusion of the mediation;

WHEREAS pursuant to the terms of the parties' settlement, as reflected in the Memorandum of Understanding, certain actions must occur that will involve specific time

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7714425.1　　　　　　　　1

STIPULATION AND [PROPOSED] ORDER
REGARDING SETTLEMENT AND CONTINUATION
OF DEADLINES
3:07-CV-05324 WHA

1   periods, which are as follows:

2   • Plaintiff must provide written notice of her California Labor Code claims

3   to the State of California Labor Work Force Development Agency

4   ("LWDA");

5   • If the LWDA determines not to pursue Plaintiff's claims with 30 days, as

6   specified in the California Private Attorneys General Act ("PAGA"), Labor

7   Code Section 2699.3, Plaintiff will file an Amended Complaint which will

8   include claims under the PAGA.  Defendant will stipulate to the filing of

9   the Amended Complaint;

10  • Thereafter the parties will submit to the Court a Joint Motion for

11  Preliminary Approval of Class Settlement and Conditional Class

12  Certification; and

13  • Pursuant to the settlement terms negotiated by the parties that will be

14  presented to the Court for preliminary approval, the parties will provide

15  notice of the proposed settlement to all putative class members, and allow

16  appropriate time for opt-outs, objections to the settlement, etc., prior to

17  submitting the settlement to the Court for final approval.

18  WHEREAS the parties anticipate that it will take up to one hundred and twenty (120) days

19  for Plaintiff to send her PAGA notice to the LWDA, wait the expiration of the 30-day period

20  under Labor Code section 2699.3, amend her Complaint, and submit the Joint Motion for

21  Preliminary Approval of Class Settlement and Conditional Class Certification.

22  BASED UPON THE FOREGOING, THE PARTIES HEREBY STIPULATE AND

23  RESPECTFULLY REQUEST THAT THE COURT ORDER THE FOLLOWING:

24  All current pre-trial deadlines set by the Court, including but not limited to the July 3,

25  2008 deadline for Plaintiff to file her Motion for Class Certification, be continued for 120 days;

26  The deadline for the parties to file their Joint Motion for Preliminary Approval of Class

27  Settlement and Conditional Class Certification be set no earlier than August 29, 2008.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
1-SF/7714425.1

STIPULATION AND [PROPOSED] ORDER
REGARDING SETTLEMENT AND CONTINUATION
OF DEADLINES
3:07-CV-05324 WHA

1

2
Dated:  June 12, 2008                    THE COOPER LAW FIRM, P.C.

3

4                                        By _____/S/_____
                                            Scott B. Cooper
5                                           Attorneys For Plaintiff
                                            BRITTANY KEENE

6
Dated: June 12, 2008                     MORGAN, LEWIS & BOCKIUS LLP

7

8                                        By _____/S/_____
                                            Eric Meckley
9                                           Shannon B. Nakabayashi
                                            Attorneys for Defendant
10                                          COLDWATER CREEK, INC.

11

12   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

13

14   Dated: _____          _____
                                          Hon. William H. Alsup
15                                        United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
1-SF/7714425.1

STIPULATION AND [PROPOSED] ORDER
REGARDING SETTLEMENT AND CONTINUATION
OF DEADLINES
3:07-CV-05324 WHA