IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COLDWATER CREEK, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-05324 WHA<br><br>**ORDER RE STIPULATION REQUEST REGARDING SETTLEMENT AND CONTINUATION OF DEADLINES AND SETTING STATUS CONFERENCE** |

A "Memorandum of Understanding" is not the same as a signed and fully-executed settlement. The Court is therefore reluctant to disturb the existing case management schedule. In the Court's experience, supposed memoranda of understanding often crater before the parties reach a final agreement. No reason is given by counsel as to why they did not move more diligently to avoid the problem of the July 2008 deadline for plaintiff to file her motion for class certification. Nonetheless, a status conference will be held on **THURSDAY, JUNE 19, 2008, AT 11:00** to discuss this request.

**IT IS SO ORDERED.**

Dated: June 13, 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE