# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: June 19, 2008

Case No.  C 07-05324 WHA

Title: BRITTANY KEENE  v.  COLDWATER CREEK

Plaintiff Attorneys: Roger Carter

Defense Attorneys: Eric Meckley

Deputy Clerk:  Dawn Toland                    Court Reporter: Kathy Wyatt

## PROCEEDINGS

1)   CMC - HELD

2)

Continued to _ for Further Case Management Conference

Continued to _ for Pretrial Conference

Continued to _ for Jury Trial

## ORDERED AFTER HEARING:

By 6/23/08, parties shall file a stipulation for class settlement.