1  Roger Carter (State Bar No. 140196)
2  **THE CARTER LAW FIRM**
   2030 Main Street, Suite 1300
3  Irvine, California 92614
   Telephone:    (949) 260-4737
4  Facsimile:    (949) 260-4754

5  Jose Garay (State Bar No. 200494)
   **JOSE GARAY, *APLC***
6  2030 Main Street, Suite 1300
   Irvine, California 92614
7  Telephone:    (949) 260-9193
   Facsimile:    (949) 260-9194
8

9  Scott B. Cooper (State Bar No. 174520)
   **THE COOPER LAW FIRM, P.C.**
10 2030 Main Street, Suite 1300
   Irvine, California 92614
11 Telephone:    (949) 724-9200
   Facsimile:    (949) 724-9255
12

13 Attorneys for Plaintiff

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 BRITTANY KEENE, individually and on          Case No. 3:07-CV-05324 WHA
   behalf of others similarly situated,
18                                              **[PROPOSED] ORDER REGARDING**
                                                **SETTLEMENT AND CONTINUATION OF**
19                    Plaintiffs,               **DEADLINES**

20            vs.

21 COLDWATER CREEK, INC., a Delaware
   Corporation, and DOES 1 through 100,
22 inclusive,

23                    Defendants.

24

25

26         On June 12, 2008, the parties submitted a Stipulation and Proposed Order continuing the

27 current case managements dates for 120 days based on an agreement to settle the case

28 documented in memorandum of understanding.  On June 13, 2008, the Court declined to sign the

1  Proposed Order and set a status conference for June 19, 2008. At that status conference, the

2  Court ordered the parties to file a Stipulation of Class Action Settlement no later than June 23,

3  2008, and indicated the case management dates would be continued if the Stipulation of Class

4  Action Settlement was filed by that date. On June 23, 2008, the parties filed a fully executed

5  Stipulation of Class Action Settlement.

6       In light of the parties filing their Stipulation of Class Action Settlement on June 23, 2008,

7  and considering the Stipulation of the parties filed on June 12, 2008, IT IS HEREBY ORDERED

8  that:

9       All current pre-trial deadlines set by the Court, including but not limited to the July 3,

10  2008 deadline for Plaintiff to file her Motion for Class Certification, are continued for 120 days;

11       The parties shall file their Joint Motion for Preliminary Approval of Class Settlement and

12  Conditional Class Certification no earlier than August 8, 2008.

13

14  Dated: _____

15                                          _____
                                            Hon. William H. Alsup
                                            United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING SETTLEMENT
AND CONTINUATION OF DEADLINES
3:07-CV-05324 WHA