1  ROGER CARTER, State Bar No. 140196
   THE CARTER LAW FIRM
2  2030 Main Street, Suite 1300
   Irvine, CA 92614
3  Telephone:    949.260.4737
   Facsimile:    949.260.4754
4
   SCOTT B. COOPER, State Bar No. 174520
5  THE COOPER LAW FIRM, P.C.
   2030 Main Street, Suite 1300
6  Irvine, CA 92614
   Telephone:    949.724.9200
7  Facsimile:    949.724.9255
8  JOSE GARAY, State Bar No. 200494
   JOSE GARAY, APLC
9  2030 Main Street, Suite 1300
   Irvine, CA 92614
10 Telephone:    949.260.9193
   Facsimile:    949.260.9194
11
   Attorneys for Plaintiff
12
   REBECCA EISEN, State Bar No. 096129
13 ERIC MECKLEY, State Bar No. 168181
   SHANNON B. NAKABAYASHI, State Bar No. 215469
14 STEVEN GARRETT, State Bar No. 220021
   MORGAN, LEWIS & BOCKIUS, LLP
15 One Market, Spear Street Tower
   San Francisco, CA  94105-1126
16 Tel:  415.442.1000
   Fax:  415.442.1001
17
   Attorneys for Defendant
18 COLDWATER CREEK, INC.

19                UNITED STATES DISTRICT COURT
20             NORTHERN DISTRICT OF CALIFORNIA
21

22 BRITTANY KEENE, individually and on       CASE NO. 3:07-CV-05324 WHA
   behalf of all others similarly situated,

23              Plaintiff,                   **[Proposed] ORDER GRANTING**
                                             **PRELIMINARY APPROVAL OF CLASS**
24 v.                                        **ACTION SETTLEMENT**

25 COLDWATER CREEK, INC., a Delaware         Hearing:
   corporation and DOES 1 through 100,
26 inclusive                                 Date:       September 18, 2008
                                             Time:       8:00 a.m.
27              Defendant.                   Courtroom:  9

28

1    On September 18, 2008, a hearing was held on Plaintiff's Motion for Preliminary Approval

2    of Class Action Settlement.  Roger Carter of The Carter Law Firm appeared on behalf of Plaintiff

3    and the proposed Class.  Eric Meckley of Morgan, Lewis & Bockius, LLP appeared on behalf of

4    Defendant Coldwater Creek, Inc.  The Court considered Plaintiff's Motion and supporting evidence

5    as well as the Stipulation of Class Action Settlement ("Settlement Agreement"), [Proposed] Notice

6    of Pendency of Class Action, Proposed Settlement and Hearing Date for Court Approval

7    ("Notice"), [Proposed] Claim Form, and [Proposed] Request for Exclusion From Class Action

8    Settlement ("Opt Out Form").  The Court also balanced a number of factors relevant to the claims

9    asserted in the Complaint, including the risk, expense, complexity, and likely duration of further

10   litigation; the risk of maintaining class action status throughout the trial; the amount offered in

11   settlement; the extent of discovery completed and the stage of the proceedings; the experience and

12   views of counsel; the presence and/or absence of a governmental participant; and the reaction of the

13   class members to the proposed settlement.

14   Having considered the Settlement Agreement, and all the supporting legal authorities and

15   documents, **IT IS HEREBY ORDERED THAT:**

16   1.    For purposes of the proposed settlement, the action is conditionally certified as a class

17   action on behalf of non-exempt employees employed by Coldwater Creek, Inc. within the State of

18   California at any time during the period of September 6, 2003 through the date of this Order

19   ("Settlement Class").

20   2.    The class action settlement set forth in the Settlement Agreement is preliminarily

21   approved as it appears to be fundamentally fair, adequate and within the range of reasonableness.

22   See Fed. Rule Civil Pro. 23(e); *Class Plaintiffs v. City of Seattle,* 955 F.2d 1268, 1276 (9th Cir.

23   1992).  The Court finds the Settlement Agreement to be presumptively valid, subject only to any

24   objections that may be raised at the Final Fairness and Approval Hearing.

25   3.    The Court hereby approves Plaintiff Brittany Keene as class representative for the

26   Settlement Class.

27   4.    The Court hereby approves The Carter Law Firm, The Cooper Law Firm, P.C., and

28   Jose Garay, APLC, as Class Counsel for the Settlement Class.

1

1        5.     The Court hereby approves Rust Consulting, Inc. as Claims Administrator for the

2   purpose of this settlement

3        6.     The Court approves, as to form and content, the proposed Notice, Claim Form and

4   Opt Out Form.

5        7.     The Court directs the mailing, by first class mail, of the Notice, Claim Form and Opt

6   Out Form to the Class Members in accordance with the schedule set forth below and in the

7   Settlement Agreement. The Court finds that the dates and methods selected for the mailing of the

8   Notice meet the requirements of due process, provide the best notice practicable under the

9   circumstances and constitute due and sufficient notice to all persons entitled to notice.

10        8.     The Court reserves final approval of the requested attorneys' fees and costs, as well

11   as the class representative's service payment, and will rule on these requests at the Final Fairness

12   and Approval Hearing.

13        9.     The following dates shall govern for the purposes of this settlement:

14   _____     Last day for Defendant to produce to the Claims Administrator, for each

15             Class Member, the following information: (1) name, (2) last known

16             address, (3) Social Security number, and (4) the number of Compensable

17             Shifts the employee worked;

18   _____     Last Day for first mailing of Notice, Claim Form and Opt Out Form;

19   _____     Last day to submit Claim Form or Opt Out Form (for those receiving the

20             Notice on the first mailing);

21   _____     Last day to file written objections to the settlement with the Court (for those

22             receiving the Notice on the first mailing);

23   _____     Last day for re-mailing of Notice, Claim Form and Opt Out Form;

24   _____     Last day to submit Claim Form or Opt Out Form (for those receiving the

25             Notice on the second mailing);

26   _____     Last day to file written objections to the settlement with the Court (for those

27             receiving the Notice on the second mailing);

28

1      _____      Last day for Plaintiff to file a Motion for Final Approval and the parties to

2       file supplemental briefs regarding proof of mailing, objections, and any

3       related or outstanding issues; and

4       _____ at _____     Final Fairness and Approval Hearing.

5

6   **IT IS SO ORDERED**, this _____ day of _____, 2008

7

8                                      The Honorable William H. Alsup

9                                      Judge, United States District Court