REBECCA EISEN, State Bar No. 096129
ERIC MECKLEY, State Bar No. 168181
SHANNON B. NAKABAYASHI, State Bar No. 215459
STEVEN GARRETT, State Bar No. 220021
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
emeckley@morganlewis.com
snakabayashi@morganlewis.com
steven.garrett@morganlewis.com

Attorneys for Defendant
COLDWATER CREEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:07-CV-05324 WHA<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** September 18, 2008<br>**Time:** 8:00 a.m.<br>**Place:** Courtroom 9 |

Pursuant to Northern District Civil Local Rule 7-3(b), Defendant Coldwater Creek, Inc. hereby submits this statement that it does not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement currently set for hearing on September 18, 2008.

Dated: August 28, 2008                    MORGAN, LEWIS & BOCKIUS LLP


                                          By _____/S/_____
                                             Eric Meckley
                                             Attorneys for Defendant
                                             COLDWATER CREEK, INC.