IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COLDWATER CREEK, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-05324 WHA<br><br>**QUESTION FOR ORAL ARGUMENT** |

    Among other questions the Court will have at today's hearing, counsel should be prepared to advise the Court on the exact number and the identity of all persons whose causes of action will be released without compensation by reason of not having submitted a claim.

    **IT IS SO ORDERED.**

Dated: June 10, 2009.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE