Scott B. Cooper (State Bar No. 174520)
**THE COOPER LAW FIRM, P.C.**
scott@cooper-firm.com
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:    (949) 724-9200
Facsimile:    (949) 724-9255

Roger R. Carter (State Bar No. 140196)
**THE CARTER LAW FIRM**
rcater@carterlawfirm.net
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:    (949) 260-4737
Facsimile:    (949) 260-4754

Attorneys for Plaintiff and the Certified Class

Eric Meckley (State Bar No. 168181)
Shannon B. Nakabayashi (State Bar No. 215469)
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
snakabayashi@morganlewis.com

Attorneys for Defendant
COLDWATER CREEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY KEENE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COLDWATER CREEK, INC., a Delaware Corporation, and DOES 1 through 500, inclusive,<br><br>　　　　　　　Defendants. | Case No. C07-5324 WHA<br><br>**[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

///

///

On June 23, 2009, the Court entered an Order granting final approval of the class action settlement described in the Amended Stipulation of Class Action Settlement (the "Settlement Agreement") between Plaintiff Brittany Keene ("Plaintiff") and Defendant Coldwater Creek, Inc. ("Defendant") (together hereinafter the "Parties") and awarding fees and costs as described in the Court's Order ("Final Approval Order").

Pursuant to Paragraphs 4.1, 11.1 and 13.1 of the Settlement Agreement, the Parties conditioned the effectiveness of the settlement upon the Court entering a Judgment dismissing the lawsuit with prejudice and agreed to request that the Court enter such Judgment. Now that the Court has granted final approval to the settlement, the Parties present to the Court this proposed form of Judgment for the Court's review and approval.

**NOW GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Court enters judgment in accordance with its Final Approval Order and orders that the Lawsuit be dismissed on the merits with prejudice on a class-wide basis in accordance with the terms of the Settlement Agreement. <u>This document shall constitute a final judgment for purposes of Federal Rule of Civil Procedure, Rule 58.</u>

2. All Class Members, except those who timely opted out of the settlement or who were deemed opted out of the settlement pursuant to the Settlement Agreement, are bound by the instant Judgment and Order of Dismissal with Prejudice and by the terms of the Settlement Agreement, including the Release of Claims described in Paragraph 12.1 of the Settlement Agreement.

3. Without affecting the finality of the Settlement or the Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over this Lawsuit and the Parties, including all Class Members, for the purposes of monitoring compliance with and performance of the Settlement.

IT IS SO ORDERED.

Dated: <u>July 7, 2009</u>, 2009

_____
Honorable William Alsup
Judge, United States District Court

IT IS SO ORDERED
Judge William Alsup

- 1 -
[PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

DB2/21171587.1